■ KATIE PIERRI et al. v. CITY OF NEW YORK et al.— Motion granted insofar as to extend defendant-appellant's time to procure the record on appeal and appellant's points to be served and filed on or before September 11, 1962 with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached.

■ HONEY MANN v. COMPANIA PETROLERA TRANS-CUBA, S.A.— Motion for leave to have appeal heard with appeal taken by Armand Soto and to submit a certain transcript of testimony and exhibits granted on condition that said transcript and exhibits are filed with this court on or before September 12, 1962.

■ In the Matter of ABRAHAM ACKERMAN v. MAX J. RUBIN et al.— Motion for order permitting appeal to be noticed for the September 1962 Term denied.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH WALSH.— Motion granted to extent of enlarging defendant-appellant's time to notice his appeal for argument for the October 1962 Term of this court.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANCISCO MOLINA DEL RIO, Also Known as PANCHO.— Motion by District Attorney to adjourn appeal from September 1962 Term to October 1962 Term granted. Defendant-appellant is granted leave to file reply points on or before October 8, 1962. The failure to comply with the direction of this court adjourning the appeal to the September 1962 Term is excused only because of the resignation of the assistant in charge.

■ In the Matter of the Arbitration between NORMA BRILL and MULLER BROTHERS, INC.— Motion for a stay granted on the terms and conditions set forth in the order to show cause, dated August 2, 1962, and on condition that the respondent-appellant posts a bond in the sum of $500 as security for costs and expenses to be incurred by petitioner-respondent herein.

## (September 10, 1962)

■ KAYSER-ROTH CORPORATION v. GRAYSON-ROBINSON STORES, INC.— Motion for an enlargement of time granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including October 10, 1962, with notice of argument for the November 1962 Term of this court, said appeal to be argued or submitted when reached. The order of this court, entered on June 12, 1962, is modified accordingly. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.